UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 05-1223(DSD/SRN)

Protein Ingredient Technologies, Inc.,

    Plaintiff,

v.                        **ORDER OF REFERENCE**

Fortress Systems, LLC,

    Defendant.


**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge Susan R. Nelson is designated to conduct hearings and submit proposed findings of fact and recommendations of law on Defendant's motion to dismiss for improper venue or, in the alternative, to transfer venue (#8) which has been filed in this matter.


Dated:  August 16, 2005

                                              s/ David S. Doty
                                              David S. Doty, Judge
                                              United States District Court