UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

OCT 2 2005

OFFICE OF THE CLERK

| | |
|---|---|
| Protein Ingredient Technologies, Inc., a Delaware corporation, | No.:05-1223 DSD/SRN |
| Plaintiff, | |
| vs. | |
| | **ORDER** |
| Fortress Systems, LLC d/b/a FSI Nutrition, a Nebraska limited liability company, | |
| Defendant. | |

Based upon the Stipulation filed by the parties, the Court hereby grants Defendant Fortress Systems, LLC d/b/a FSI Nutrition's Motion to Transfer Venue.

Dated this 13th day of September, 2005

s/David S. Doty
The Honorable David S. Doty

2459412v1

A true printed copy in __1__ sheet(s) of the electronic record filed on 9/13/05, in the United States District Court for the District of Minnesota.
CERTIFIED, October 19, 2005.
RICHARD D. SLETTEN
BY: _____
Deputy Clerk