`UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Protein Ingredient Technologies, Inc., a Delaware corporation, | ) ) ) | CASE NO. 05-1223 DSD/SRN |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER** |
| Fortress Systems, LLC d/b/a I FSI Nutrition, a Nebraska limited liability company, | ) ) ) ) | |
| Defendant. | ) | |

Defendant's Motion to Dismiss Plaintiff's Complaint for Improper Venue or, In the Alternative, to Transfer Venue scheduled for October 6, 2005, at 1:30 p.m., before Magistrate Judge Susan Richard Nelson, **will now take place in Courtroom 8E**, U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

DATED   September 13, 2005

By   s/ Susan Richard Nelson
Susan Richard Nelson
U.S. Magistrate Judge

1