IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| PROTEIN INGREDIENT TECHNOLOGIES, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:05cv3268 |
| | ) | |
| v. | ) | |
| | ) | |
| FORTRESS SYSTEMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by November 17, 2005, file their Report of Parties' Planning Conference.

DATED October 28, 2005.

/s/ *David L. Piester*
United States Magistrate Judge