IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PROTEIN INGREDIENT TECHNOLOGIES, INC., a Delaware corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | 4:05CV3268 |
| v. | ) ) | |
| FORTRESS SYSTEMS, LLC, d/b/a FSI Nutrition, a Nebraska limited liability company, | ) ) ) ) | ORDER |
| Defendant. | ) | |

IT THEREFORE HEREBY IS ORDERED,

The notice of withdrawal of counsel, filing 26, filed by Seth Leventhal, construed as a motion to withdraw as co-counsel for defendant, is granted, effective upon the filing of a certificate of service or affidavit indicating that the defendant has been served with a copy of this order.

DATED this 15th day of November, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge