IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PROTEIN INGREDIENT TECHNOLOGIES, INC., a Delaware corporation, | ) ) ) ) | |
| Plaintiff, | ) ) ) | 4:05CV3268 |
| v. | ) ) | |
| FORTRESS SYSTEMS, LLC d/b/a FSI NUTRITION, a Nebraska limited liability company, | ) ) ) ) ) ) | ORDER |
| Defendant. | ) | |

On the court's own motion,

IT IS ORDERED:

The Rule 26 telephone planning conference is continued from today to March 16, 2006 at 11:00 a.m. Plaintiff's counsel shall initiate the call.

DATED this 7th day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge