```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| PROTEIN INGREDIENT TECHNOLOGIES, | ) ) ) | |
| Plaintiff, | ) ) | 4:05CV3268 |
| v. | ) ) | |
| FORTRESS SYSTEMS, LLC, | ) ) | ORDER |
| Defendant. | ) ) | |

IT IS ORDERED:

The unopposed oral motion of plaintiff's counsel for a continuance of the planning conference is granted and the Rule 26 telephone planning conference is continued from March 16 to March 27, 2006 at 11:00 a.m. Plaintiff's counsel shall place the call.

DATED this 15th day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge