UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PROTEIN INGREDIENT TECHNOLOGIES, INC., a Delaware Corporation, | ) ) ) ) | Case No. 4:05-cv-3268 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| FORTRESS SYSTEMS, LLC d/b/a FSI NUTRITION, a Nebraska Limited Liability Company, | ) ) ) ) ) | |
| Defendant. | ) ) | |

Based upon the foregoing Stipulation, IT IS HEREBY ORDERED that all claims asserted by or against Plaintiff Protein Ingredient Technologies, LLC's ("Protient") in the above-captioned action are hereby dismissed with prejudice and on the merits without costs to any party hereto and that a judgment of dismissal with prejudice in accordance with this Stipulation shall be immediately entered by the Court Administrator without further notice.

LET JUDGMENT BE ENTERED FORTHWITH.

Dated this 7th day of June, 2006.

BY THE COURT

s/ Warren K. Urbom

United States Senior District Judge

1